CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 09 2006
JOHN F. CORCORAN, CLERK
BY: HMcDoneld
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD ROBERT PILCHER, ) | |
|     Petitioner, ) | Civil Action No. 7:05CV00688 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| GENE M. JOHNSON, ) | By: Hon. Jackson L. Kiser |
|     Respondents. ) | Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the respondent's motion to dismiss shall be and hereby is **GRANTED** and the petition shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

ENTER: This _____ day of March, 2006.

                                                              Senior United States District Judge